JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA GARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIFIRST CORPORATION, a Massachusetts corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | **CASE NO.: 5:21−cv−01796−DSF−SP**<br><br>Judge:　Hon. Dale S. Fischer<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING INDIVIDUAL AND CLASS ACTION CLAIMS WITHOUT PREJUDICE**<br><br>Complaint filed:　August 30, 2021<br>Removal Date:　October 22, 2021<br>Trial Date:　None set |

Having read and considered the Parties' Stipulation to Dismiss the Individual and Class Action Claims herein without Prejudice, and finding good cause, the Court GRANTS the Stipulation and orders that:

1. The individual claims of Plaintiff against Defendant are dismissed in their entirety without prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

2. The class action claims against Defendant are dismissed in their entirety without prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Plaintiff has not sought class certification, a class was not certified, and no notice was sent to a prospective class.

3. Except as otherwise agreed upon, each party shall bear his, her, or its own costs and attorneys' fees.

4. The dismissal shall not operate as an adjudication on the merits.

IT IS SO ORDERED.

DATED: November 23, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE